UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY CASTILLO,

        Plaintiff,

v.

INTEGRITY FINANCIAL
SOLUTIONS, LLC, et al.,

        Defendants.
_____/

Case No. 1:17-cv-00841-JTN-ESC

HON. JANET T. NEFF

NOTICE OF DISMISSAL OF SOME PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(a)(i), plaintiff Tammy Castillo hereby gives notice of the immediate dismissal from this action, with prejudice, of defendants Integrity Financial Solutions, LLC, Jesse Abraham Jaimes and Samuel Herrera Bolanos.

Dated: December 12, 2017

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
6140 28th Street S.E., Suite 115
Grand Rapids, Michigan 49546-6938
(616) 776-1176
ConsumerLawyer@aol.com