UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY CASTILLO,

    Plaintiff,

v.

INTEGRITY FINANCIAL
SOLUTIONS, LLC, et al.,

    Defendants.
_____/

Case No. 1:17-cv-841

HON. JANET T. NEFF

## **ORDER**

This is a civil action. Plaintiff filed an Application for Entry of Default Judgment as to Defendants Michael S. Thornton and United Mediation Services L.L.C. (ECF No. 22) and an Amended Application (ECF No. 24). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on May 1, 2018, recommending that Plaintiff's earlier filed application (ECF No. 22) be dismissed, and that Plaintiff's amended application (ECF No. 24) be granted. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Entry of Default Judgment (ECF No. 22) is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Application for Entry of Default Judgment (ECF No. 24) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: May 21, 2018               /s/ Janet T. Neff
                                  JANET T. NEFF
                                  United States District Judge