UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY CASTILLO,

    Plaintiff,

v.

                            Case No. 1:17-cv-841

INTEGRITY FINANCIAL
SOLUTIONS, LLC, et al.,          HON. JANET T. NEFF

    Defendants.
_____/

**DEFAULT JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff and against Defendants Michael S. Thornton and United Mediation Services L.L.C. in the amount of $3,500.00 in damages, exclusive of attorney fees and costs.

Dated: May 21, 2018                                     /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge