UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TAMMY CASTILLO,

    Plaintiff,

v.

INTEGRITY FINANCIAL SOLUTIONS, LLC, et al.,

    Defendants.

_____/

Hon. Janet T. Neff

Case No. 1:17-cv-00841

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Motion for Costs and Attorney Fees (ECF No. 29), which was referred to the undersigned by the Honorable Janet T. Neff for report and recommendation under 28 U.S.C. §636(b)(1)(B).  On May 21, 2018, default judgment was entered against defendants Michael S. Thornton and United Mediation Services L.L.C. (ECF No. 28). Plaintiff now moves for fees and costs.

It appears to the undersigned that counsel for plaintiff has provided both legal authority and support for the amounts requested. As such, it is recommended that plaintiff's motion (ECF No. 29) be granted and that plaintiff be awarded $1,156.18 in costs and $19,240.00 in attorney's fees. Added to the previously awarded statutory damages of $3,500.00, this yields a total judgment in favor of plaintiff Tammy Castillo and against defendants Michael S. Thornton and United Mediation Services L.L.C. in the amount of $23,896.18.

Date:  June 20, 2018

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).