UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY CASTILLO,

    Plaintiff,

v.

INTEGRITY FINANCIAL
SOLUTIONS, LLC, et al.,

    Defendants.
_____/

Case No. 1:17-cv-841

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed a Motion for Costs and Attorney's Fees (ECF No. 29). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 20, 2018, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 30) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Costs and Attorney's Fees (ECF No. 29) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $1,156.18 in costs and $19,240.00 in attorney's fees. Added to the previously awarded statutory damages of $3,500.00, this yields a total default judgment in favor of Plaintiff and against Defendants Michael S. Thornton and United Mediation Services L.L.C. in the amount of $23,896.18.

Dated: July 10, 2018                                             /s/ Janet T. Neff
                                                                                                                JANET T. NEFF
                                                                                                               United States District Judge